[Cite as *State v. Bracey*, 2017-Ohio-4334.]

IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
SANDUSKY COUNTY

State of Ohio                                      Court of Appeals No. S-16-025

       Appellee                              Trial Court No. 15 CR 792

v.

Karnell L. Bracey                             **DECISION AND JUDGMENT**

       Appellant                             Decided: June 16, 2017

* * * * *

Timothy F. Braun, Sandusky County Prosecuting Attorney, for appellee.

James L. Reinheimer, for appellant.

* * * * *

**SINGER, J.**

{¶ 1} This matter is before the court on the request to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), filed by appellant's appointed counsel, James L. Reinheimer.

{¶ 2} Counsel failed to include the entire record from the court below. Therefore, the record is insufficient for us to conduct a full examination of the proceedings and decide if the appeal is indeed frivolous, pursuant to *Anders*. *See id*. at 744; *see also State v. Duncan*, 57 Ohio App.2d 93, 385 N.E.2d 323 (8th Dist.1978). As a result, we grant James L. Reinheimer's request to withdraw as counsel for appellant, and Karin Coble, 316 N. Michigan Street, Suite 600, Toledo, Ohio, 43604, is appointed to represent appellant for purposes of this appeal.

{¶ 3} Appellant's newly appointed counsel is to submit an original brief on the matter, and is granted 20 days from the date of this order to file an amended praecipe. The record is ordered to be filed 23 days from the date the amended praecipe is filed. Thereafter, briefing shall proceed pursuant to App.R. 18.

Motion granted.

Mark L. Pietrykowski, J.

Arlene Singer, J.

James D. Jensen, P.J.
CONCUR.

_____
JUDGE

_____
JUDGE

_____
JUDGE